# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2010

Marilyn Kelly,
Chief Justice

140833

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MICHAEL HARRINGTON,
    Plaintiff-Appellant,

v

                              SC: 140833
                              COA: 295757
ROXANN B. FATCHETT-HARRINGTON,   Gratiot CC: 08-011135-DM
    Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the January 26, 2010 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the order of the Court of Appeals dismissing the plaintiff's claim of appeal and we REMAND this case to the Court of Appeals for reinstatement of the appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2010                                             

0616                                       Clerk